UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SHAWN MATRICARDI, | ) | Case No.: 4:04 CV 1317 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| ASTRO SHAPES, INC., *et al.,* | ) | |
| | ) | |
| Defendants | ) | <u>JUDGMENT ENTRY</u> |

The court, having granted Defendants' Motion for Summary Judgment (ECF No. 62) in a separate Order on this same date, hereby enters judgment for the Defendants and against the Plaintiff.    IT IS SO ORDERED.

/S/ SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

September 29, 2007